IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2008

Charles R. Fulbruge III
Clerk

No. 08-50230
Conference Calendar

LEVI REED, JR

Plaintiff-Appellant

v.

SAN ANTONIO AEROSPACE, LP

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:05-CV-186

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

Levi Reed, Jr., moves this court for leave to proceed in forma pauperis (IFP) on appeal from the summary-judgment dismissal of his employment discrimination lawsuit. By moving for IFP, Reed challenges the district court's certification that the appeal is not taken in good faith. See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997).

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Reed has abandoned by failing to brief any argument challenging the district court's reasons for dismissing his lawsuit. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Reed thus has not shown that he will present a nonfrivolous issue on appeal. See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, the motion for leave to proceed IFP is denied, and the appeal is dismissed as frivolous. See Baugh, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.

IFP MOTION DENIED; APPEAL DISMISSED.